IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02332-MSK-MEH

NASIR ABAGIBE,
ABDUL ADAM,
ABUKAR ADEN,
ALI ALI,
NUUR ALI,
KETEMA ALIGAZIE,
MUKTAR BUNI,
ABDI DHUUBOW,
NASIR FARAH,
MUUSE JAAMAC,
RIZGALLA KHAMIS,
ADEN NOOR,
ABDUL NUR,
AHMED ODAWAAY,
SAID OMAR,
MOHAMED A. OSMAN,
MOHAMED M. OSMAN, and
MOCKTAR SAID,

      Plaintiffs,

v.

YELLOW CAB CO., d/b/a Colorado Cab Company,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 4, 2011.**

      Plaintiffs' Motion for Leave to File First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(1)(B) [filed November 3, 2011; docket #30] is **denied as moot**. As Plaintiffs concede in the motion, Plaintiffs may file a First Amended Complaint as a matter of right in this case and need not seek permission to do so. Therefore, the Plaintiffs may file their First Amended Complaint and exhibits on or before November 14, 2011.